Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0145

Dennis James Elder v. Darrick Bradford (Appeal from Montgomery Circuit Court: CV-24-901430).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Wise, Sellers, Cook, and Lewis, JJ., concur.